UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TURNER,<br><br>        Plaintiff,<br><br>    v.<br><br>DINAN RECRUITING, et al.,<br><br>        Defendants. | Case No. 23-cv-03379-AGT<br><br>**SCREENING ORDER** |

Terrance Turner's complaint "fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii). For this reason, the Clerk of the Court shall refrain from issuing summonses and the U.S. Marshal shall refrain from serving the complaint on the defendants. The Court will give Turner leave to amend his complaint.

\* \* \*

As alleged, a recruiter didn't advance Turner's application for an information technology job, telling Turner that he "wasn't a good fit for the role." Dkt. 1 at 4. Turner questions the recruiter's decision and invites the Court to do the same. But Turner hasn't identified anything that the recruiter did unlawfully. For example, Turner doesn't suggest that he was discriminated against based on membership in a protected class (e.g., based on his race, age, or disability).

The recruiter, as alleged, passed on Turner for a legitimate business reason—Turner "wasn't a good fit for the role." *Id.* "[T]his Court is not a 'super personnel review board' that second-guesses an employer's facially legitimate business decisions." *Culver v. Gorman & Co.*, 416 F.3d 540, 547 (7th Cir. 2005) (citation omitted).

Turner hasn't stated a plausible claim against the recruiter. Nor has he stated a plausible claim against the numerous other defendants he's named (e.g., FBI, CIA, NSA, Secret Service, USPS, FedEx, Pfizer, Merck). *See* Dkt. 1 at 2. Turner hasn't pleaded any facts at all about these other defendants, much less facts that would support a claim for relief.

Turner may file an amended complaint, on or before August 18, 2023. If he doesn't do so, or if he files an amended complaint that fails to state a claim for relief, the undersigned will recommend that a district judge dismiss his case.

**IT IS SO ORDERED.**

Dated: August 3, 2023

Alex G. Tse
United States Magistrate Judge